1 | John P. Schnurer, SBN 185725
schnurer@fr.com
2 | Cheng (Jack) C. Ko, SBN 244630
ko@fr.com
3 | Ryan P. O'Connor, SBN 253596
oconnor@fr.com
4 | Fish & Richardson P.C.
12390 El Camino Real
5 | San Diego, CA 92130
Telephone: (858) 678-5070
6 | Facsimile: (858) 678-5099

7 | Attorney for Plaintiff
ASUSTEK Computer, Inc.

8

FILED

08 APR -2 PM 1:21

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

9 | UNITED STATES DISTRICT COURT

10 | SOUTHERN DISTRICT OF CALIFORNIA

11 | ASUSTEK COMPUTER, INC.,

12 |                     Plaintiff,

13 |          v.

14 | INTERNATIONAL BUSINESS MACHINES
CORPORATION,

15 |                     Defendant.

16

Case No. '08 CV 602 JM WMc

**COMPLAINT FOR PATENT
INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

**FILE BY FAX**

17 |      Plaintiff ASUSTeK Computer, Inc. (hereinafter Plaintiff or "ASUS") hereby files this

18 | complaint against Defendant International Business Machines Corporation (hereinafter "IBM"),

19 | and alleges as follows:

20 |                              **PARTIES**

21 |      1.    Plaintiff ASUSTeK Computer, Inc. is a Taiwanese corporation with its principal

22 | place of business located at 4F No. 150 Li-Te Road, Peitou, Taipei 112, Taiwan, Republic of

23 | China (R.O.C.).

24 |      2.    On information an belief, Defendant IBM is a New York corporation with its

25 | principal place of business located at New Orchard Road, Armonk, New York 10504.

26

27

28

**JURISDICTION AND VENUE**

3.    This Court has subject matter jurisdiction over the cause of this action pleaded herein under 28 U.S.C. §§ 1331 and 1338(a) because the action concerns a federal question arising under the patent laws of the United States, including 35 U.S.C. § 271.

4.    Venue is proper in this judicial district under 28 U.S.C. §§1391(b), (c) and 1400(b) because, among other reasons, IBM is subject to personal jurisdiction in this judicial district, has committed acts of infringement in this judicial district, and has a regular and established place of business in this judicial district.

5.    Upon information and belief, IBM has placed infringing products into the stream of commerce by shipping those products into this judicial district or knowing that such products would be shipped into this judicial district.

**FIRST CLAIM FOR RELIEF**
**INFRINGEMENT OF U.S PATENT NO. 6,041,346**

6.    The allegations of paragraphs 1-5 are incorporated herein by reference.

7.    ASUS is the owner by assignment of all right, title, and interest in and to the United States Patent No. 6,041,346, entitled "Method and system for providing remote storage for an internet appliance" (hereinafter "the '346 patent"), which was duly and legally issued on March 21, 2000. A true and correct copy of the '346 patent is attached to this Complaint as Exhibit 1.

8.    IBM has infringed and continues to infringe directly and/or indirectly, literally and/or under the doctrine of equivalents, one or more claims of the '346 patent under 35 U.S.C. § 271, by making, using, offering to sell, or selling within the United States, including this judicial district, or importing into the United States, storage area network products, software and/or components thereof.

9.    IBM's unlawful infringement of the '346 patent, ASUS has suffered, and will continue to suffer, irreparable harm and damages.

10.    IBM's past and continued acts of infringement have injured and damaged ASUS, and will continue to cause irreparable injury to ASUS unless and until enjoined by this Court.

## SECOND CLAIM FOR RELIEF
## INFRINGEMENT OF U.S PATENT NO. 7,103,765

11.     The allegations of paragraphs 1-5 are incorporated herein by reference.

12.     ASUS is the owner by assignment of all right, title, and interest in and to United States Patent No. 7,103,765, entitled "Method and system for providing a modulized server on board" (hereinafter "the '765 patent"), which was duly and legally issued on September 5, 2006. A true and correct copy of the '765 patent is attached to this Complaint as Exhibit 2.

13.     IBM has infringed and continues to infringe directly and/or indirectly, literally and/or under the doctrine of equivalents, one or more claims of the '765 patent under 35 U.S.C. § 271, by making, using, offering to sell, or selling within the United States, including this judicial district, or importing into the United States, servers, software and/or components thereof.

14.     IBM's unlawful infringement of the '765 patent, ASUS has suffered, and will continue to suffer, irreparable harm and damages.

## PRAYER FOR RELIEF

WHEREFORE, ASUS prays that this Court enters judgment and provides relief as follows:

15.     That IBM has infringed the '346 patent and the '765 patent;

(a)     That IBM, and its officers, agents, servants, employees, and those in active concert or participation with them directly or indirectly, be enjoined from infringing the '346 patent and the '765 patent;

(b)     That IBM be ordered to account for and pay to ASUS the damages resulting from IBM's infringement of the '346 patent and the '765 patent, together with interest and costs, and all other damages permitted by 35 U.S.C. § 284, including enhanced damages up to three times the amount of damages found or measured;

(c)     That this action be adjudged an exceptional case and IBM be awarded its attorneys' fees, expenses and costs in this action pursuant to 35 U.S.C. § 285; and

(d)     That ASUS be awarded such other equitable or legal relief as this Court deems just and proper under the circumstances.

1

## DEMAND FOR JURY TRIAL

2

Defendant ASUS hereby demands a jury trial on all claims and issues in this action.

3

4    DATED:        April 2, 2008                    FISH & RICHARDSON P.C.

5

6                                                   By: _____

7                                                       John P. Schnurer
                                                        Cheng (Jack) C. Ko
8                                                       Ryan P. O'Connor

9                                                       Attorneys for Plaintiff,
                                                        ASUSTeK Computer, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.
COMPLAINT FOR PATENT INFRINGEMENT
DEMAND FOR JURY TRIAL

## NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to CivLR 40.2, the undersigned certifies that as of this date, there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, other than the parties themselves, known by ASUS to have a financial interest in the subject matter in controversy or in a party to the proceeding.

DATED:     April 2, 2008                    FISH & RICHARDSON P.C.


By:  _____
     John P. Schnurer
     Cheng (Jack) C. Ko
     Ryan P. O'Connor

     Attorneys for Plaintiff,
     ASUSTeK Computer, Inc.

Case No.
COMPLAINT FOR PATENT INFRINGEMENT
DEMAND FOR JURY TRIAL

# EXHIBIT 1



US006041346A

# United States Patent [19]

Chen et al.

[11] Patent Number: **6,041,346**

[45] Date of Patent: **Mar. 21, 2000**

[54] **METHOD AND SYSTEM FOR PROVIDING REMOTE STORAGE FOR AN INTERNET APPLIANCE**

[75] Inventors: **Ben W. Chen; Bo Xiong**, both of Fremont, Calif.

[73] Assignee: **Ateon Networks, Inc.**, Fremont, Calif.

[21] Appl. No.: **08/953,029**

[22] Filed: **Oct. 17, 1997**

[51] Int. Cl.[7] ..................................................... G06F 13/00

[52] U.S. Cl. .................................................... 709/218

[58] Field of Search .................... 395/200.47, 200.48, 395/200.49; 709/217, 218, 219; 711/147

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,754,771 | 5/1998 | Epperson et al. | 709/203 |
| 5,802,299 | 9/1998 | Logan et al. | 709/218 |
| 5,826,242 | 10/1998 | Montulli | 705/27 |
| 5,832,505 | 11/1998 | Kasso et al. | 707/104 |
| 5,889,501 | 3/1999 | Charles | 709/214 |

*Primary Examiner*—Kenneth Coulter
*Attorney, Agent, or Firm*—Sawyer Law Group LLP

[57] **ABSTRACT**

The present invention provides a method and system for providing access to a remote network. In a preferred embodiment, a system and method in accordance with the present invention allows a local host on the private network to transparently access the remote network and permit multiple users in the local network to simultaneously access the remote network. This access is based upon the requirements of an application utilizing a mass storage device within the private network. This system allows for user security on the private network.

In one aspect, the method and system allow a private network to access a remote network. The private network has a plurality of components. At least one of the plurality of components has a mass storage device. In this aspect, the method and system comprise providing an internet appliance and providing a portion of the mass storage device of the at least one of the plurality of components. The portion of the mass storage device is shareable with and mapped to the internet appliance. In a second aspect, the method and system comprise providing an internet appliance and providing a first component having a mass storage device. A portion of the mass storage device is shareable with and mapped to the internet appliance.

According to the system and method disclosed herein, the present invention provides an internet appliance having remote storage.

**40 Claims, 4 Drawing Sheets**





**FIG. 1**

Case 3:08-cv-00602-JM-WMC    Document 1    Filed 04/02/2008    Page 9 of 35
04/02/2008                    DLSUSA/DIVERSIFIED                              PAGE9

200



FIG. 2

**U.S. Patent**          Mar. 21, 2000          Sheet 3 of 4          **6,041,346**



FIG. 3

**U.S. Patent**          Mar. 21, 2000      Sheet 4 of 4          **6,041,346**

400



FIG. 4

6,041,346

1

## METHOD AND SYSTEM FOR PROVIDING REMOTE STORAGE FOR AN INTERNET APPLIANCE

### FIELD OF THE INVENTION

The present invention relates to internet appliances and more particularly to a method and system for providing an internet appliance having remote storage.

### BACKGROUND OF THE INVENTION

Currently many users are interested in communicating with remote systems. An internet appliance is a device that helps provide access to the remote system, such as a remote network. For example, an internet appliance can aid in gaining access to such a remote network including but not limited to an online service such as COMPUSERVE, AMERICA ONLINE, an internet service provider, or a subset of any of these services.

Conventional internet appliances typically have limited functionality. For example, a conventional router only has sufficient memory to perform the required connection and routing functions. Such conventional internet appliances cannot provide built-in applications and perform such functions as electronic mail to users in the network because these functions require large storage devices.

Some conventional internet appliances have sufficient additional internal memory to provide additional functions. Such conventional internet appliances are known as intelligent internet appliances. Conventional intelligent internet appliances have many levels of functionality. However, these internet appliances are typically complete personal computer systems. Conventional intelligent network appliances having only minimal internal memory provide some additional functions. Other conventional intelligent internet appliances, such as those having an internal hard drive, have added storage and, therefore, added functionality. In order to take advantage of the applications relating to the internet, it may be desirable to use intelligent internet appliance to provide the application to the network users. In order to do so, the internal memory of the conventional intelligent internet appliance is used.

For example, routers may be used to couple workstations of a network to the internet. Some conventional intelligent routers have sufficient internal storage to provide applications. Such conventional intelligent routers can store an operating system and other controlling software, as well as applications such as electronic mail.

Applications such as electronic mail may require a large amount of memory. The actual quantity of memory required for electronic mail varies depending on several factors, including the number of users on a network. Typically, the amount of space required can vary from several megabytes to well over one hundred megabytes. A typical intelligent internet appliance should have at least approximately one hundred megabytes of storage. In order to reduce costs, this internal storage is typically an internal hard drive.

Although conventional intelligent internet appliances having an internal hard drive are capable of providing applications such as electronic mail, use of a hard drive creates other difficulties. For example, a hard drive in the conventional internet appliance adversely affects the reliability of the conventional internet appliance. If, for example, the hard drive fails, it may be difficult to remove the hard drive from the conventional internet appliance. In addition, a back up utility is required when utilizing a hard

2

drive to ensure reliability. This back up utility adds additional cost and complexity to the system. The hard drive also may not limit which users can obtain access to the hard drive. As a result, the security of the hard drive and any application residing on the hard drive may be compromised. Accordingly, while all these features are achievable they can prohibitively add to the cost and complexity of the appliance.

Accordingly, what is needed is a system and method for providing an internet appliance which can be used to provide storage for applications or other uses. The present invention addresses such a need.

### SUMMARY OF THE INVENTION

The present invention provides a method and system for providing access to a remote network. In a preferred embodiment, a system and method in accordance with the present invention allows a local host on the internet network to transparently access the remote network and permit multiple users in the local network to simultaneously access the remote network. This access is based upon the requirements of an application utilizing a mass storage device within the private network. This system allows for user security on the private network.

In one aspect, the method and system allow a private network to access a remote network. The private network has a plurality of components. At least one the plurality of components has a mass storage device. In this aspect, the method and system comprise providing an internet appliance and providing a portion of the mass storage device of the at least one of the plurality of components. The portion of the mass storage device is shareable with and mapped to the internet appliance. In a second aspect, the method and system comprise providing an internet appliance and providing a first component having a mass storage device. A portion of the mass storage device is shareable with and mapped to the internet appliance.

According to the system and method disclosed herein, the present invention provides an internet appliance having remote storage.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of one embodiment of a network including an internet-appliance having remote storage in accordance with the method and system.

FIG. 2 is a is a flow chart depicting a method for providing remote storage for an internet appliance in accordance with the method and system.

FIG. 3 is a is a flow chart depicting a method for accessing the remote storage for an internet appliance in accordance with the method and system.

FIG. 4 is a flow chart depicting a method for upgrading the internet appliance in accordance with the method and system.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to an improvement in internet appliances. As used herein, an internet appliance is a device which aids in providing access to a remote system, such as a remote network. The following description is presented to enable one of ordinary skill in the art to make and use the invention and is provided in the context of a patent application and its requirements. Various modifications to the preferred embodiment will be readily apparent to

6,041,346

3

those skilled in the art and the generic principles herein may be applied to other embodiments. Thus, the present invention is not intended to be limited to the embodiment shown but is to be accorded the widest scope consistent with the principles and features described herein.

Conventional internet appliances, such as routers, typically have only sufficient memory to provide the required functions, such as connection to the remote system and routing between components of the network. Other intelligent internet appliances have enough additional memory to provide additional functions. As used herein, an internal mass storage is the additional memory available in intelligent internet appliances. When sufficient internal mass storage is provided for conventional intelligent internet appliances, such internet appliances can provide applications, such as electronic mail ("email").

Most conventional internet appliances have no internal mass storage for two reasons. First, the amount of internal mass storage required for applications such as email is indeterminate. For example, the amount of memory required for email may vary based on the number of users. Instead of determining the requisite amount of internal mass storage, most manufacturers simply provide no internal mass storage. The second reason why most conventional internet appliances have no internal mass storage is that internal mass storage is very costly. Hard drives are commercially available typically in a minimum size. Oftentimes this minimum size is much greater than the amount of storage required for the application. In addition, the cost of hard drives is high. For applications requiring less memory, other types of memory, such as FLASH memory, can be utilized. However, the cost of FLASH memory is high. As a result, for many applications the cost of FLASH memory is prohibitive. Thus, most conventional internet appliances have no internal mass storage. Consequently, one of ordinary skill in the art will recognize that most conventional internet appliances have limited functionality due to the limited amount of internal mass storage.

Conventional intelligent internet appliances having mass storage, such as a hard drive, for example, approximately one hundred MB, may be capable of providing additional features. Although conventional intelligent internet appliances having an internal hard drive are capable of providing applications such as electronic mail, use of a hard drive creates other difficulties. For example, a hard drive in the conventional internet appliance adversely affects the reliability of the conventional internet appliance. If, for example, the hard drive fails, it may be difficult to remove the hard drive from the conventional internet appliance. This back up utility adds additional cost and complexity to the system. The hard drive also may not limit which users can obtain access to the hard drive. As a result, the security of the hard drive and any application residing on the hard drive may be compromised. Accordingly, while all these features are achievable they can prohibitively add to the cost and complexity of the internet appliance.

The present invention provides for a method and system for providing an internet appliance having internal mass storage that can be used to provide applications. The method and system allocate a portion of the internal mass storage in another system on the network, such as a workstation, and map the internal mass storage in the other system on the network to the internet appliance. Thus, the method and system include allowing the internet appliance to share the mass storage with the other component. The present invention will be described in terms of a router having mass storage used to run an application such as email. However, one of ordinary

4

skill in the art will readily recognize that this method and system will operate effectively for other types of internet appliances and other applications.

To more particularly illustrate the method and system in accordance with the present invention, refer now to FIG. 1 depicting a block diagram of one embodiment of a network 10 employing such a system. The network 10 includes a file server 120, workstation A 130 through workstation E 170, and an internet appliance 110 in accordance with the method and system. In a preferred embodiment, the internet appliance 110 is used to provide email to the workstation A 130 through workstation E 170. However, nothing prevents the method and system from providing a different application. In addition, although the network 10 is depicted as including only five workstations, nothing prevents the method and system from being used on a network having another number of workstations.

In one embodiment, the internet appliance 110 includes a memory 112 having limited storage capability. In a preferred embodiment, the memory 112 is a FLASH memory with limited storage capacity. Also in a preferred embodiment, the memory 112 is capable of storing an operating system and other controlling software. In one embodiment, the operating system and other controlling software are completely storable in the memory 112. However, in another embodiment, the operating system and other controlling software are stored in a mass storage device 180, discussed below. In such a case, the memory 112 includes the software required to boot up the internet appliance 110 and use the software on the mass storage device 180. Because the memory 112 includes only limited storage capacity, the memory 112 is inexpensive.

A portion of the mass storage device 180 of the file server 120 is allocated for use in providing an application. Thus, the mass storage device of the file server 120 is the memory for the internet appliance 110. Although the mass storage device 180 is shown as being located in the file server 120, the mass storage device 180 can be in any component having sufficient memory including workstation A 130 through workstation E 170 and the file server 120. In one embodiment, the mass storage device 180 stores an application to be provided to the network 100 by the internet appliance 110 but does not store the operating system. In another embodiment, the mass storage device 180 includes the operating system and controlling software in addition to the application.

The mass storage device 180 is shareable and mapped to the internet appliance 110. As a result, the internet appliance 110 can use the mass storage device 180. In a preferred embodiment, the application is electronic mail and the mass storage device 180 is a folder. Note that nothing prevents the method and system from allocating the mass storage device 180 in another component including the file server 120 or another workstation.

FIG. 2 depicts a flow chart of one method 200 for establishing a link between the mass storage device 180 and the internet appliance 110. The memory is allocated in the remote location, such as file server 120 via step 210. The protocol to be used is then established in step 210. The protocol establishes the manner in which another component, such as the internet appliance 110, can communicate with the mass storage device 180. The machine on which the mass storage device 180 resides is then identified in step 230. This allows the internet appliance 110 to query the appropriate component, file server 120, to access the mass storage device 180. In the network 10 depicted in FIG.

6,041,346

**5**

1, the machine identified in step 230 is file server 120. The mass storage device 180 is then given a name in step 240. In a preferred embodiment, the mass storage device 180 is a folder named virtual mailbox.

The users of the mass storage device 180 are then defined in step 250. For example, the internet appliance 110 is defined as a user in the step 250. The password required to access the mass storage device 180 is then provided via step 260. The application residing in the mass storage device 180 is secure because only identified users can access the mass storage device 180 and a password is required to be provided by the internet appliance 110 in order access the mass storage device 180. Once the protocols have been established, the folder named, and the user and password provided, the mass storage device 180 is shareable.

FIG. 3 depicts a method 300 for accessing the mass storage device 180. When the internet appliance 110, or another component of the network 100, attempts to access the mass storage device 180, then via step 310 the internet appliance 110 will search for the component with the proper identity as defined in step 230. In step 320 the internet appliance 110 then finds the appropriate folder in the component using the name of the mass storage device 180 provided in step 240. It is determined via step 330 that the internet appliance 110 is a named user. If another component which is not a named user attempts to access the mass storage device 180, then the component will be denied access via step 335. If the internet appliance is a named component, then it must be determined if the password is correct, via step 340. If the correct password is not provided, access to the mass storage device 180 is denied. If the password is correct, authorized users can then access the mass storage device 180.

Using the mass storage device 180, the internet appliance 110 can provide applications to workstation A 130 through workstation E 170. In a preferred embodiment, the mass storage device 180 and the internet appliance 110 provide email capability to the workstation A 130 through the workstation E 170. In one embodiment, the capacity of the mass storage device 180 can be any memory available on the file server 120.

Because the internet appliance 110 does not require a substantial amount of internal memory, the internet appliance 110 can be provided at a much lower cost than a conventional intelligent internet appliance. Because the mass storage device 180 used by the internet appliance 110 is not physically located on the internet appliance 110, the mass storage device 180 can be more easily removed for servicing, thereby improving reliability. Because the method 200 provides a list of users and passwords which are based on the network security infrastructure, the mass storage device 180 is also more secure than the internal memory for a conventional internet appliance.

In one embodiment, the internet appliance 110 is easily upgradable. The internet appliance 110 can be provided with a mechanism for recognizing an upgrade file. Refer now to FIG. 4 depicting one embodiment of a method 400 for upgrading the internet appliance 110. An upgrade file is placed in a recognizable location, such as the mass storage device 180, via step 410. In one embodiment, the placement of the upgrade file in the mass storage device 180 can be accomplished by visiting a website, downloading the upgrade file, and moving the upgrade file into the removable memory. The internet appliance 110 is then rebooted via step 420. Upon rebooting, the internet appliance 110 finds the upgrade file, performs the upgrade, and removes the upgrade

**6**

file, via steps 430, 440, and 450, respectively. In one embodiment, the installation step 440 includes decrypting the file as well as performing the upgrade. Thus, in addition to providing applications such as email to the workstation A 130 through the workstation E 170, the internet appliance 110 is also easily upgradable.

A method and system has been disclosed for providing a mass storage device for an internet appliance which may allow the internet appliance to provide applications. Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will readily recognize that there could be variations to the embodiments and those variations would be within the spirit and scope of the present invention. Accordingly, many modifications may be made by one of ordinary skill in the art without departing from the spirit and scope of the appended claims.

What is claimed is:

1. A system for providing access to a remote network comprising:

an internet appliance; and

a first component coupled with the internet appliance and having a mass storage device, a portion of the mass storage device being sharable with and mapped to the internet appliance;

wherein the internet appliance is capable of using any component that is coupled with the internet appliance and that includes the mass storage device as the first component.

2. The system of claim 1 further comprising an application residing on the internet appliance, the internet appliance being capable of providing the application.

3. The system of claim 2 wherein the portion of the mass storage device is accessible only by a user identified on a user list and having a password, the user list including the internet appliance; and wherein the internet appliance further includes the password.

4. The system of claim 3 wherein the internet appliance further comprises an internal memory.

5. The system of claim 4 wherein the internal memory further comprises a FLASH memory.

6. The system of claim 5 wherein the internet appliance is further automatically upgradable via the remote network.

7. The system of claim 1 wherein the internet appliance is further automatically upgradable via the remote network.

8. The system of claim 1 wherein the first component is a workstation.

9. The system of claim 1 wherein the internet appliance is a router.

10. A system for allowing a private network to access a remote network, the private network having a plurality of components, at least one of the plurality of components having a mass storage device, the system comprising:

an internet appliance coupled with the plurality of components; and

a portion of the mass storage device of the at least one of the plurality of components, the portion of the mass storage device being sharable and mapped to the internet appliance;

wherein the internet appliance is capable of using any of the plurality of components having the mass storage device and coupled with the internet appliance as the at least one of the plurality of components.

11. The system of claim 1 further comprising an application residing on the internet appliance, the internet appliance being capable of providing the application.

6,041,346

7

**12.** The system of claim 11 wherein the application further comprises an electronic mail application.

**13.** The system of claim 12 wherein the portion of the mass storage device is accessible only by a user identified on a user list and having a password, the user list including the internet appliance; and wherein the internet appliance further includes the password.

**14.** The system of claim 1 wherein the internet appliance further comprises a router having an internal memory.

**15.** The system of claim 14 wherein the internal memory further comprises a FLASH memory.

**16.** The system of claim 1 wherein the internet appliance is further automatically upgradable via the remote network.

**17.** The system of claim 1 wherein the at least one of the plurality of components further comprises a workstation.

**18.** The system of claim 1 wherein the at least one of the plurality of components further comprises a file server.

**19.** The system of claim 16 wherein the high speed online service provider is an internet service provider.

**20.** A method for providing access to a remote network comprising the steps of:

providing an internet appliance;

providing a component coupled with the internet appliance and having a mass storage device;

allocating a portion of the mass storage device for use by the internet appliance; and

making the portion of the mass storage device shareable with and mapped to the internet appliance;

wherein the internet appliance is capable of using any component that is coupled with the internet appliance and that has the mass storage device as the component.

**21.** The method of claim 20 wherein the step of making the mass storage device shareable with and mapped to the internet appliance further comprises the steps of:

providing a protocol, the protocol for allowing communication between the internet appliance and the portion of the mass storage device;

providing an identity of the component; and

providing a name of the portion of the mass storage device.

**22.** The method of claim 21 wherein the internet appliance further includes a password; and wherein the step of making the mass storage device shareable with and mapped to the internet appliance further comprises the steps of:

providing a user list, the user list including the internet appliance; and

providing a password, the portion of the mass storage device being accessible only by a user having a password and included on the user list.

**23.** The method of claim 20 further comprising the step of:

providing an, the application being stored in the internet appliance, the internet appliance being capable of providing the application.

**24.** The method of claim 23 wherein the step of providing the internet appliance further comprises the step of;

providing an internal memory.

**25.** The method of claim 24 wherein the internal mass storage device further comprises a FLASH memory.

**26.** The method of claim 25 wherein the step of providing the internet appliance further comprises the step of:

providing an upgradable internet appliance capable of being upgraded by accessing the remote network.

**27.** The method of claim 20 wherein the step of providing the internet appliance further comprises the step of:

8

providing an upgradable internet appliance capable of being upgraded by accessing the remote network.

**28.** The method of claim 20 wherein the component is a workstation.

**29.** The method of claim 20 wherein the internet appliance is a router.

**30.** A method for providing a private network access to a remote network, the private network including a plurality of components, at least one of the plurality of components including a mass storage device; the method comprising the steps of:

providing an internet appliance coupled with the plurality of components;

allocating a portion of the mass storage device of the at least one of the plurality of components for use by the internet appliance; and

making the portion of the mass storage device shareable with and mapped to the internet appliance;

wherein the internet appliance is capable of using any of the plurality of components having the mass storage device and coupled with the internet appliance as the at least one of the plurality of components.

**31.** The method of claim 30 wherein the step of making the portion of the mass storage device shareable and mapped to the internet appliance further comprises the steps of:

providing a protocol the protocol for allowing communication between the internet appliance and the portion of the mass storage device;

providing an identity of the at least one of the plurality of components; and

providing a name of the portion of the mass storage device.

**32.** The method of claim 31 wherein the internet appliance further includes a password; and wherein the step of making the mass storage device shareable and mapped to the internet appliance further comprises the steps of:

providing a user list, the user list including the internet appliance; and

providing a password, the portion of the mass storage device being accessible only by a user having a password and included on the user list.

**33.** The method of claim 30 further comprising the step of:

providing an, the application being stored in the internet appliance, the internet appliance being capable of providing the application.

**34.** The method of claim 33 wherein the step of providing an application further comprises the step of providing an electronic mail application.

**35.** The method of claim 30 wherein the at least one of the plurality of components further comprises a workstation.

**36.** The method of claim 30 wherein the at least one of the plurality of components further comprises a file server.

**37.** The method of claim 30 wherein the step of providing the internet appliance further comprises the step of:

providing a router with an internal memory.

**38.** The method of claim 37 wherein the internal mass storage device further comprises a FLASH memory.

**39.** The method of claim 30 wherein the step of providing the internet appliance further comprises the step of:

providing an upgradable internet appliance capable of being upgraded by accessing the remote network.

**40.** The method of claim 39 wherein the remote network is an internet service provider.

* * * * *

# EXHIBIT 2



US007103765B2

(12) **United States Patent**

Chen

(10) Patent No.:     **US 7,103,765 B2**

(45) Date of Patent:     **Sep. 5, 2006**

(54) **METHOD AND SYSTEM FOR PROVIDING A MODULIZED SERVER ON BOARD**

(76) Inventor: **Ben Wei Chen**, 1400 Tolteca Ct., Fremont, Alameda, CA (US) 94539

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/002,652

(22) Filed: **Oct. 19, 2001**

(65) **Prior Publication Data**

US 2003/0061474 A1 Mar. 27, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/324,900, filed on Sep. 25, 2001.

(51) **Int. Cl.**
*G06F 1/24* (2006.01)
*G06F 12/00* (2006.01)

(52) **U.S. Cl.** ................................. 713/2; 713/1; 713/100; 711/100

(58) **Field of Classification Search** ..................... 713/1, 713/2, 100; 711/100; 361/684, 685
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,751,714 A | 5/1998 | Albano et al. |
| 5,889,970 A | 3/1999 | Horan et al. |
| 5,974,547 A | 10/1999 | Klimenko |

| | | | | |
|---|---|---|---|---|
| 5,987,536 A | | 11/1999 | Johnson et al. | |
| 6,115,755 A | | 9/2000 | Krishan | |
| 6,256,732 B1 | * | 7/2001 | Cromer et al. | ................. 713/2 |
| 6,282,643 B1 | * | 8/2001 | Cromer et al. | ................. 713/2 |
| 6,408,333 B1 | | 6/2002 | St. Clair | |

FOREIGN PATENT DOCUMENTS

EP        1113646 A1      7/2001

* cited by examiner

*Primary Examiner*—Rehana Perveen
(74) *Attorney, Agent, or Firm*—Sawyer Law Group LLP

(57) **ABSTRACT**

A method and system for providing a modulized server-on-a-board is disclosed. The server-on-a-board is installed on a computing device. The method and system include providing bus interface logic, providing local control BIOS, a flash memory and a set of control button connectors, light emitting diodes (LED) connectors and a liquid crystal display (LCD) connector. The local control BIOS is coupled with the bus interface logic and the flash memory. The bus interface logic interacts with the computing device and allows computing device to detect the server board. The local control BIOS boots up the server and prepares the computing device for use as the server. The flash memory stores a server image for the server, which is provided to the computing device using the local control BIOS. The control button connectors allow the server to be turned on, shut down gracefully, or restored to its initial state, by a single press of buttons connected to these connectors. The LED and LCD connectors allow the system status to be displayed or shown.

**24 Claims, 11 Drawing Sheets**





Figure 1



Figure 2



Figure 3

Case 3:08-cv-00602-JM-WMC    Document 1    Filed 04/02/2008    Page 21 of 35
04/02/2008                    DLSUSA/DIVERSIFIED                         PAGE21



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8



Figure 9

Case 3:08-cv-00602-JM-WMC     Document 1     Filed 04/02/2008     Page 27 of 35
04/02/2008                    DLSUSA/DIVERSIFIED                                    PAGE27



Figure 10



Figure 11

US 7,103,765 B2

**1**

## METHOD AND SYSTEM FOR PROVIDING A MODULIZED SERVER ON BOARD

### CROSS-REFERENCE TO RELATED APPLICATION

This application is claiming under 35 USC 119(c) the benefit of provisional patent Application Ser. No. 60/324,900 filed Sep. 25, 2001.

### FIELD OF THE INVENTION

The present invention relates to computer systems, and more particularly to a method and system for providing a server on a generalized computing device.

### BACKGROUND OF THE INVENTION

FIG. 1 depicts a generalized computing device ("computing device") 10. The computing device includes at least a CPU 12 and an optional mass storage 18, such as a hard disk. The computing device 10 may also include other features. The computing device depicted in FIG. 1 also includes a memory 14 such as a flash memory, a display 16, an input/output device 20 such as a keyboard, BIOS 22, a network interface 24 and a bus interface 26. Communication to a network (not shown) is carried out through the network interface 24. Similarly, communication to any attached devices (not shown) can be carried out via the bus interface 26. For example, the bus interface 26 could include interfaces for PCI, USB, SCSI, IDE, Infiniband or other connectors.

The computing device 10 is capable of performing a variety of functions. It is often desirable to utilize the computing device 10 as a server. A server would include additional hardware and/or software that allows the server to serve multiple users. Thus, the server would allow multiple users to share resources, such as printers or the optional mass storage 18 of the computing device 10.

There are a number of conventional methods for allowing the computing device 10 to be used as a server. In general, these conventional methods involve obtaining server software and installing the software on the computing device 10. The user must then manually set up the desired functions for the server. Alternatively, the computing device 10 could be specially built to function as a server. In either case, ensuring that the computing device 10 can function as a server is expensive. For example, obtaining and installing server software on the computing device 10 or specially building the computing device 10 may cost between $500 and $5,000. Moreover, installing the software and tailoring the system to provide the desired individual functions requires a substantial investment of time on the part of the user.

Accordingly, what is needed is a system and method for cheaply and easily allowing the computing device 10 to be used as a server. The present invention addresses such a need.

### SUMMARY OF THE INVENTION

The present invention provides a method and system for providing a server on a computing device. The computing device includes at least a processor and an optional mass storage device. The method and system comprise providing bus interface logic, providing local control BIOS, a flash memory and, preferably, a set of control button connectors, light emitting diodes (LED) connectors and a liquid crystal display (LCD) connector. The local control BIOS is coupled with the bus interface logic and the memory. The bus

**2**

interface logic interacts with the computing device and allows the computing device to detect the system. The local control BIOS boots up the server and prepares the computing device for use as the server. The memory stores a server image for the server, which is provided to the computing device using the local control BIOS. The control button connectors allow the server to be turned on, shut down gracefully, or restored to its initial state, by a single press of buttons connected to these connectors. The LED and LCD connectors allow the system status to be displayed or shown.

According to the system and method disclosed herein, the present invention provides an inexpensive, easy to use mechanism for allowing the computing device to be used as a server.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a conventional computing device.

FIG. 2 is a high level block diagram of a system in accordance with the present invention for allowing the computing device to be used as a server.

FIG. 3 is a block diagram of one embodiment of the BIOS of the system in accordance with the present invention for allowing the computing device to be used as a server.

FIG. 4 is a diagram of one embodiment of the image of the server stored in the memory of the system in accordance with the present invention for allowing the computing device to be used as a server.

FIG. 5 is a more detailed block diagram of one embodiment of the other control logic in the system in accordance with the present invention for allowing the computing device to be used as a server.

FIG. 6 is a flow chart of one embodiment of a method in accordance with the present invention for utilizing the system in accordance with the present invention to allow the computing device to be used as a server.

FIG. 7 is a flow chart of one embodiment of a method for using one-button shut down interrupt logic as a feature of the system in accordance with the present invention for allowing the computing device to be used as a server.

FIG. 8 is a flow chart of one embodiment of a method for a shut down interrupt routine in the system in accordance with the present invention for allowing the computing device to be used as a server.

FIG. 9 is a flow chart of one embodiment of a method for using one-button Init interrupt logic as a feature of the system in accordance with the present invention for allowing the computing device to be used as a server.

FIG. 10 is a flow chart of one embodiment of a method for an Init interrupt routine in the system in accordance with the present invention for allowing the computing device to be used as a server.

FIG. 11 is a flow chart of one embodiment of a method for using one-button power on control logic as a feature of the system in accordance with the present invention for allowing the computing device to be used as a server.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to an improvement in computer systems. The following description is presented to enable one of ordinary skill in the art to make and use the invention and is provided in the context of a patent application and its requirements. Various modifications to the

US 7,103,765 B2

3

preferred embodiment will be readily apparent to those skilled in the art and the generic principles herein may be applied to other embodiments. Thus, the present invention is not intended to be limited to the embodiment shown, but is to be accorded the widest scope consistent with the principles and features described herein.

The present invention provides a method and system for providing a modulized server on a board. The server-on-a-board is installed on a computing device. The method and system include providing bus interface logic, providing local control BIOS, flash memory and, preferably, a set of control button connectors, light emitting diodes (LED) connectors and a liquid crystal display (LCD) connector. The local control BIOS is coupled with the bus interface logic and the flash memory. The bus interface logic interacts with the computing device and allows computing device to detect the server board. The local control BIOS boots up the server and prepares the computing device for use as the server. The flash memory stores a server image for the server, which is provided to the computing device using the local control BIOS. The control button connectors allow the server to be turned on, shut down gracefully, or restored to its initial state, by a single press of buttons connected to these connectors. The LED and LCD connectors allow the system status to be displayed or shown.

The present invention will be described in terms of a particular computing device and a system having certain components. However, one of ordinary skill in the art will readily recognize that this method and system will operate effectively for other computing devices and other systems having other components performing substantially the same functions.

To more particularly illustrate the method and system in accordance with the present invention, refer now to FIG. 2, depicting a high-level block diagram of a system 100 in accordance with the present invention for allowing the computing device to be used as a server. The system 100 is to be used in conjunction with a computing device such as the computing device 10. The system 100 includes bus interface logic 102, local control BIOS 104, memory 106 and, in a preferred embodiment, other control logic 108 and connectors 109. The components 102, 104, 106, 108 and 109 of the system 100 are preferably integrated into a single board that can be plugged into the computing device 10. The system 100 is also preferably used in conjunction with a system having a generic user interface, such as Windows 2000® operating system. The system 100 attaches to the computing device 10 via the bus interface logic 102 and bus interface 103 of the system 100 and the bus interface 26 of the computing device 10. In operation, the computing device 10 detects the system 100 through the bus interface logic 102, using the bus protocols of the computing device 10. The local control BIOS 104 boots up the server and prepares the computing device for use as the server. The memory 106 includes a server image 110 for the server being provided by the system 100. Preferably, the server image 110 is compressed and stored on the memory 106. The server image 110 is preferably loaded onto the computing device 10 and boots up, as discussed below. Once booted up, the server image 110 allows the computing device 10 to function as a server. In addition, the system 100 also includes the other control logic 108. In a preferred embodiment, the other control logic 108 is managed by the local control BIOS 104. The connectors 109 preferably include an Init connector 112, a shut-down connector 114, a power control connector 116, a status LED connector 118, a DC power LED connector 120 and a LCD display connector 122. However, in

4

another embodiment, the other control logic 108 could include other components. The connectors 109 can be coupled to LEDs (not shown) and an LCD display (not shown) for the board. The connectors 109 are controlled using the other control logic 108.

FIG. 3 depicts one embodiment of the local BIOS 104. The local BIOS 104 includes a system initialization and testing block 130, a local BIOS run-time main program 132, an LCD display driver 134, a memory driver 136, a shut-down interrupt service routine 138, and an Init service routine 140. The drivers 134 and 136 are used to drive the display 122 and the memory 106. The shut-down interrupt service routine 138 and Init service routine 140 are used in conjunction with the other control logic 108 described below.

Referring to FIGS. 2 and 3, in operation, once the computing device 10 detects the presence of the system 100, the local BIOS 104 is activated. The local BIOS 104 preferably connects with the BIOS 22 and begins controlling the computing device 10. The local BIOS 104 preferably performs tests on the system 100 to ensure that the system 100 can control the functions of the computing device 10 as desired. For example, the local control BIOS 104 ensures that the display, memory and other input/output devices can be controlled. For example, in a preferred embodiment, the hardware identification of the flash memory 106 is read to determine the size of the memory 106. The system initialization and testing block 130 preferably performs the testing functions. An Ethernet MAC address of the computing device 10 is also preferably read to ensure that security and personalization of the computing device 10 is preserved. In a preferred embodiment, an identification for the system 100 is read by the local control BIOS 104 to determine a version of the system 100. The local control BIOS 104 also preferably establishes a unique personalized key, discussed below. The local control BIOS 104 establishes a boot-up sequence on the computing device 10. The memory 106 is then mounted and boots up. The server image 110 is then extracted from the memory 106 using the unique personalized key. Without the key, the server image preferably cannot extract and utilize the server image 110.

FIG. 4 is a diagram of one embodiment of the images for the server stored in the memory 106. The server image 110 includes a default field configurable and field upgradeable bitmap image 141 of the other control logic 108, an active field configurable and field upgradeable bitmap image 142 of the other control logic 108, a default compressed server image 143, an active server image 144, a default flash drive boot-up image 145 and an active flash drive boot-up image 146. The bitmaps 141 and 142 indicate the default and actual (active) bitmap images for the control logic to allow the server to track and utilize the control logic 108. The compressed server images 143 and 144 are the default and actual (active) server images for loading onto the computing device 10. The active server image 144 thus corresponds to the server image 110, depicted in FIG. 2, that is loaded onto the computing device. The flash drive images 145 and 146 are the default and actual (active) boot-up images of the flash memory 106. Once the server image 110 is loaded on the computing device 10, the computing device 10 can function as a server. Furthermore, the defaults can be restored, for example in an Init interrupt, described below in FIG. 10, using the defaults 141, 143 and 145. The shut-down interrupt service routine 138 and Init service routine 140 can optionally reside in the server image of 110 as well.

FIG. 5 is a more detailed block diagram of one embodiment of the other control logic 108 in the system 100 in

US 7,103,765 B2

| 5 | 6 |

accordance with the present invention for allowing the computing device to be used as a server. The other control logic 108 includes a local BIOS 104 address decode and control 150, a flash memory address decode and control 152, an LCD address decode and control 154, one button shut-down interrupt logic 156, ID, status and control decode 158 and one button Init interrupt logic 160. These blocks are used to provide the additional functions, described below, such as a one button shut down and Init interrupt.

FIG. 6 is a flow chart of one embodiment of a method 200 in accordance with the present invention for using the system 100. The method 200 preferably commences after the computing device 10 has found the system 100. The method 200 is described in the context of the components depicted in FIGS. 1-5. Referring to FIGS. 1-6, the local control BIOS 104 is automatically coupled with the BIOS 22 of the computing device 10, via step 202. The local control BIOS 104 takes control of the computing device 10, via step 204. The functions of the system 100 are tested, via step 206.

It is determined whether the test(s) performed in step 206 indicate that the system 100 is functioning properly, via step 208. If not, then the method 200 terminates, via step 220. If it is determined that the system 100 runs properly, then the memory 106 is mounted on the computing device 10, via step 210. The boot up of the computing device 10 is then performed from the memory 106 that was just mounted, via step 212. The server image 110 is found, decompressed if necessary, via step 214. It is determined whether the func-tions of the method 200 were properly performed, via step 216. If so, then control is passed to the server, via step 218. Otherwise, the method 200 ends at step 220.

Thus, the method 200 and system 100 allow the comput-ing device 10 to be used as a server. Because most of the method 200 is performed automatically, the user need not manually configure the computing device 10. Instead, the user merely plugs in the board on which the system 100 is integrated. Thus, the process used to allow a computing device 10 to be used as a server is simplified. Moreover, the system 100 is relatively inexpensive, often costing on the order of less than $25 in quantity. Thus, the computing device 10 can be turned into a server relatively cheaply and easily.

The system 100 also preferably uses the other controls 108 and connectors 109 to provide other functions in the server. FIG. 7 depicts one embodiment of a method 220 for utilizing one button shut-down interrupt logic 156 and the shut-down connector 114. The one button shut-down inter-rupt logic 156 waits for input, via step 222. In a preferred embodiment, the input includes a push button (not shown) being depressed for a particular time. It is determined whether shut-down input was received, via step 224. If not then step 222 is returned to. Otherwise, clock sampling is performed to allow for hardware debounce, via step 226. It is determined whether the input was valid shut-down input, via step 228. In a preferred embodiment, valid shut-down input includes the push button being depressed for a par-ticular time. If the input was not valid, then step 222 is returned to. Otherwise, further shut-down interrupts are inhibited, via step 230. Step 230 ensures that the method 220 can be completed for the valid shut down input already provided. A shut down interrupt to the server is then generated, via step 232. A method for generating such an interrupt is described below with respect to FIG. 8. The main system power is then shut down and the system 100 is put into stand-by mode, via step 234. Thus, the system 100 can be shut down using a single press of a button. A user can, therefore, shut down the server provided using the system 100 relatively quickly and easily, through the use of a single button.

FIG. 8 is a flow chart of one embodiment of a method 240 for a shut down interrupt routine in the system 100 in accordance with the present invention. The method 240 is preferably implemented in conjunction with the one button shut-down interrupt logic 156. A shut-down interrupt service routine entry is provided, via step 242. A status port of the system 100 is read, via step 244. The status port of the system 100 indicates whether a shut down is pending. It is determined whether a shut down is pending, via step 246. If not, then the method 240 is terminated, via step 254. Otherwise, a shut down sequence for the server is initiated, via step 248. The server is then shut down, via step 250. The main power to the system 100 is then shut down and the system 100 is put into standby mode, via step 252. Thus, the system 100 can be shut down relatively simply and easily.

FIG. 9 is a flow chart of one embodiment of a method 260 for using one-button Init interrupt logic a feature of the system 100 in accordance with the present invention. The method 260 is used in conjunction with the one button Init interrupt logic 160 and the Init connector 112. The one button Init interrupt logic 160 waits for connector input, via step 262. The connector input is preferably a push button (not shown) being depressed. It is determined whether Init input is received, via step 264. If not, step 262 is returned to. Otherwise, clock sampling is performed to allow for hard-ware de-bounce, via step 266. It is determined whether the Init input received is valid, via step 268. If not, step 262 is returned to. Otherwise, further Init interrupts are inhibited, via step 270. Step 270 ensures that the method 260 can be completed for valid Init input already received. An Init interrupt to the server is then generated, via step 272. The server is thus restored to its default state using the method 260. The return to the default state is preferably found in the default server image 143 residing on the memory 106.

FIG. 10 is a flow chart of one embodiment of a method 280 for an Init interrupt routine in the system 100 in accordance with the present invention. The method 280 is preferably used for performing step 272 of the method 260.

A Init interrupt service routine entry is provided, via step 282. A status port of the system 100 is read, via step 284. The status port of the system 100 indicates whether an initial-ization is pending. It is determined whether an initialization is pending, via step 286. If not, then the method 280 is terminated, via step 290. Otherwise, the server is restored to its default state, via step 288. Thus, the system 100 can be initialized relatively simply and easily, by a push of a button by a user.

FIG. 11 is a flow chart of one embodiment of a method 300 for using one-button shut down and power on control logic as a feature of the system 100. The method 300 is preferably performed using the power on control connector 116 and the shut-down connector 114. The power control connector (not shown) of the computing device 10 is coupled with a power-on connector 116, via step 302. The AC power to the system 100 is then turned on, the DC power to the system 100 turned off, and the server of the system 100 placed in standby mode, via step 304. It is determined whether the shut-down button has been depressed, via step 306. If not, step 306 is returned to. Otherwise, DC power for the system 100 is turned on and the system 100 boots up, via step 308. It is then determined whether power is to be disabled, via step 310. If so, then the power on is asserted, via step 314 and the system DC power turned off via step 324. If power is not to be disabled, then it is determined whether the shut-down interrupt is to be enabled, via step 312. If not, it is determined whether the shut-down button

US 7,103,765 B2

7

has been pressed, via step 322. If so, then the system DC power is turned off, via step 324. Otherwise, the method returns to step 310. If it is determined in step 312 that the shut-down interrupt is to be enabled, power on is deasserted, via step 316. It is then determined whether the shut-down button has been pressed, via step 318. Preferably, step 318 determines whether the shut-down button has been pressed for a particular amount of time. If not, then the method returns to step 310. Otherwise, the shutdown input is generated, via step 320 and step 310 returned to.

Thus, using the method 300, the shut-down button can be used in different ways. If the shut down button is pressed prior to a shut-down interrupt being enabled, then the method 300 allows the DC power to the system 100 to be turned off. If, however, the shutdown interrupt was enabled, as determined in step 312, prior to the shut-down button being pressed, then the shut down input generated in step 320 can be shut down using the method 220. Thus, using the method 300, the shut-down button can be used either to turn off the DC power to the system or to shut down the system 100. Thus, using the methods 220, 240, 260, 280 and 300, additional functions can be provided using the system 100.

A method and system has been disclosed for allowing a computing device to be used as a server. Software written according to the present invention is to be stored in some form of computer-readable medium, such as memory, CD-ROM or transmitted over a network, and executed by a processor. Consequently, a computer-readable medium is intended to include a computer readable signal which, for example, may be transmitted over a network. Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will readily recognize that there could be variations to the embodiments and those variations would be within the spirit and scope of the present invention. Accordingly, many modifications may be made by one of ordinary skill in the art without departing from the spirit and scope of the appended claims.

What is claimed is:

1. A system for providing a server-on-a-board on a computing device, the computing device including at least a processor and an optional mass storage device, the system comprising:

bus interface logic for interfacing between the computing device and the system, the bus interface logic allowing the computing device to detect the system;

a local control BIOS coupled with the bus interface logic, the local control BIOS for booting up the server and preparing the computing device for use as the server; and

a memory for storing a server image for the server, the server image being provided to the computing device using the local control BIOS.

2. The system of claim 1 further comprising:

a plurality of control button connectors;

a plurality of buttons, the plurality of control button connectors for allowing the server to be turned on, shut down gracefully, or restored to its initial state, by a single press of at least one of the plurality of buttons connected to the plurality of control button connectors;

a plurality of LED and LCD connectors allowing the system status to be displayed or shown.

3. The system of claim 1 wherein the memory is a flash memory.

8

4. The system of claim 1 further comprising:

control logic.

5. The system of claim 4 further comprising:

a push button; and

wherein the control logic further includes a one-button init connector, coupled with the push button, for restoring the server to a default state in response to the push button being depressed for a particular time.

6. The system of claim 4 further comprising:

a push button; and

wherein the control logic further includes a shut-down connector, coupled with the push button, the shut-down connector shutting down the server gracefully if the push button is pressed for a particular time.

7. The system of claim 4 wherein the control logic further includes a power-on connector; and

wherein the control logic further includes a power-on connector connecting to the power-on connector of the system board, coupled with the shut-down push button, the power-on connector further turns the power supply on if the push button is depressed when the computing device is supplied with AC power.

8. The system of claim 4 further comprising:

a light emitting diode (LED) connector; and

wherein the control logic further includes a status LED connector coupled with the LED for indicating a operating status of the system.

9. The system of claim 4 further comprising:

a light emitting diode (LED) connector; and

wherein the control logic further includes a power-on LED connector coupled with the LED for indicating a power status of the system.

10. The system of claim 4 further comprising:

a liquid crystal display (LCD) connector; and

wherein the control logic further includes a LCD display connector coupled with the LCD for indicating a operating status of the system.

11. The system of claim 1 wherein the bus interface logic, the local BIOS control logic, a flash memory and a set of control button connectors, light emitting diodes (LED) connectors and a liquid crystal display (LCD) connector are incorporated into a single board.

12. A method for providing a server-on-a-board on a computing device, the computing device including at least a processor and an optional mass storage device, the method comprising the steps of:

(a) providing a board including bus interface logic, a local control BIOS, a flash memory, the bus interface logic for interfacing between the computing device and the system, the bus interface logic allowing the computing device to detect the system, the local control BIOS coupled with the bus interface logic, the local control BIOS for booting up the server and preparing the computing device for use as the server, the memory for storing a server image for the server, the server image being provided to the computing device using the local control BIOS; and

(b) allowing a user to utilize the server access using the board.

13. The method of claim 12 wherein the board further includes a plurality of control button connectors, a plurality of light emitting diodes (LED) connectors and a liquid crystal display (LCD) connector, the plurality of control

US 7,103,765 B2

9

button connectors allowing the server to be turned on, shut down gracefully, or restored to an initial state, by a single press of buttons connected to the plurality of control button connectors, the plurality of LED connectors and the LCD connector allowing the system status to be displayed or shown.

14. The method of claim 12 wherein the memory is a flash memory.

15. The method of claim 12 wherein the board further includes control logic.

16. The method of claim 15 wherein the board further includes a push button; and

wherein the control logic further includes a one-button init connector, coupled with the push button, for restoring the server to a default state in response to the push button being depressed for a particular time.

17. The method of claim 15 wherein the board further includes a push button; and

wherein the control logic further includes a shut-down connector, coupled with the push button, the shut-down connector shutting down the server gracefully if the push button is pressed for a particular time.

18. The method of claim 15 wherein the control logic further includes a power-on connector; wherein the computing device includes a system board; and

wherein the control logic further includes a power-on connector connecting to a power-on connector of the system board for the computing device, coupled with the shut-down push button, the power-on connector further turns the power supply on if the push button is depressed when the computing device is supplied with AC power.

19. The method of claim 15 further comprising the step of:

providing a light emitting diode (LED) connector; and

wherein the control logic further includes a status LED connector coupled with the LED for indicating a operating status of the system.

10

20. The method of claim 15 further comprising the step of:

providing a light emitting diode (LED) connector; and

wherein the control logic further includes a power-on LED connector coupled with the LED for indicating a power status of the system.

21. The method of claim 15 further comprising the step of:

providing a liquid crystal display (LCD) connector; and

wherein the control logic further includes a LCD display connector coupled with the LCD for displaying a operating status of the system.

22. The method of claim 12 wherein the bus interface logic, the local BIOS control logic, the flash memory and a set of control button connectors, light emitting diodes (LED) connectors and a liquid crystal display (LCD) connector, are incorporated into a single board.

23. A method for providing a server-on-a-board on a computing device, the computing device including at least a processor and an optional mass storage device, the method comprising the steps of:

detecting a system for providing the server using bus interface logic in the system;

accessing a local control BIOS on the system;

using the local control BIOS for preparing the computing device for use as the server and booting up the server, for accessing a memory in the system for storing a server image for the server, the server image being provided to the computing device using the local control BIOS.

24. The method of claim 23 further comprising the steps of:

using a plurality of control button connectors allowing the server to be turned on, shut down gracefully, or restored to its initial state, by a single press of buttons connected to the plurality of control button connectors;

using the LED and LCD connectors allowing the system status to be displayed or shown.

* * * * *

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 149302    – SH**
**\* \* C O P Y \* \***
**April 02. 2008**
**13:27:00**

**Civ Fil Non–Pris.**
USAO #.: 08CV0602
Judge..: JEFFREY T MILLER
Amount.:                    $350.00 CK
Check#.: BC0038989

**Total–>    \$350.00**

FROM: ASUSTEK COMPUTER INC V. INTERN
        BUSINESS MACHINES CORP

℀JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

ASUSTEK COMPUTER, INC.

**DEFENDANTS**   08 APR -2  PH 1:20

INTERNATIONAL BUSINESS MACHINES CORPORATION

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)**  County of Residence of First Listed Plaintiff   Taipei, Taiwan
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Fish & Richardson P.C., 12390 El Camino Real, San Diego, CA 92130
858-678-5070

Attorneys (If Known)

'08 CV 602   JM WMc

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. section 271

Brief description of cause:
Infringement of two US patents

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ TBD

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE ___   DOCKET NUMBER ___

DATE   4-2-08

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 149302   AMOUNT #350   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

SCI 4/2/08

UR