Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

08 APR -2 PM 1:25

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                    DEPUTY

ASUSTEK COMPUTER, INC.,

vs

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

**SUMMONS IN A CIVIL ACTION**

Case No.

### '08 CV 602    JM WMc

TO: (Name and Address of Defendant)

International Business Machines Corporation
Agent for Service of Process
  The Corporation Trust Company
  Corporation Trust Center, 1209 Orange Street
  Wilmington, DE 19801  (Tel: 302-658-7581)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John P. Schnurer, Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: 858-678-5070 / Fax: 858-678-5099I

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    APR 0 2 2008

CLERK                                      DATE

J. HINKLE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)