QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
E-Mail:       charlesverhoeven@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Jeffrey N. Boozell (Bar No. 199507)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-213
Telephone:  (650) 801-5000
Facsimile:  (415) 801-5100
E-Mail:       robertstone@quinnemanuel.com
E-Mail:       jeffboozell@quinnemanuel.com

Attorneys for Defendant International Business Machines Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | CASE NO. 08-CV-602-JM (WMc)<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION FOR A MORE DEFINITE STATEMENT<br><br>Judge:   Hon. Jeffrey T. Miller<br>Date:    May 30, 2008<br>Time:   1:30 p.m.<br>Crtrm.:  16 |

NOTICE IS HEREBY GIVEN that on May 30, 2008, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 16 before the Honorable Jeffrey T. Miller, defendant International Business Machines Corporation ("IBM") will and hereby does move for an order requiring plaintiff ASUSTeK Computer, Inc. ("ASUSTeK") to file a more definite statement specifying which of IBM's products ASUSTeK believes infringe ASUSTeK's patents.

IBM's Motion is made on the grounds that ASUSTeK's complaint is impermissibly indefinite in that it fails to identify the accused products with enough specificity to allow IBM to

1  frame a responsive pleading.  IBM's Motion is based upon this Notice of Motion and Motion,
2  IBM's Memorandum of Points and Authorities, IBM's Request for Judicial Notice in support of
3  IBM's Motion, all pleadings and other records on file in this action, and such further evidence and
4  arguments as may be presented at or before the hearing.

5  DATED:  April 23, 2008            QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

                                     By **s/Jeffrey N. Boozell**
                                        Jeffrey N. Boozell
                                        Attorneys for Defendant International Business
                                        Machines Corporation
                                        E-Mail: jeffboozell@quinnemanuel.com