QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
E-Mail:      charlesverhoeven@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Jeffrey N. Boozell (Bar No. 199507)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-213
Telephone:  (650) 801-5000
Facsimile:  (415) 801-5100
E-Mail:      robertstone@quinnemanuel.com
E-Mail:      jeffboozell@quinnemanuel.com

Attorneys for Defendant International Business Machines Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | CASE NO. 08-CV-602-JM (WMc)<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT<br><br>Judge:  Hon. Jeffrey T. Miller<br>Date:   May 30, 2008<br>Time:  1:30 p.m.<br>Crtrm.: 16 |

Pursuant to Federal Rule of Evidence 201, defendant International Business Machines Corporation hereby requests that the Court take judicial notice of the following documents:

    1.    The United States Patent and Trademark's Office's assignment record for U.S. Patent No. 6,041,346, available at

http://assignments.uspto.gov/assignments/q?db=pat&qt=pat&reel=&frame=&pat=6041346&pub=

1 &asnr=&asnri=&asne=&asnei=&asns=. A true and correct copy of the page entitled "Patent Assignment Abstract of Title" is attached hereto as Exhibit A.

2. ASUSteK Computer, Inc. and ASUS Computer International's Memorandum in Support of Motion for a More Definite Statement, filed in *Phillip M. Adams & Associates, L.L.C. v. Dell, Inc.*, Case No. 05-cv-00064-TS-DN, downloaded from the official court website at https://ecf.utd.uscourts.gov. A true and correct copy of the motion is attached hereto as Exhibit B.

3. Memorandum Decision and Order granting in part and denying in part ASUSTeK's Motion for More Definite Statement dated January 22, 2008, issued by the United States District Court for the District of Utah, Northern Division in *Phillip M. Adams & Associates, L.L.C. v. Dell, Inc.*, Case No. 05-cv-00064-TS-DN, downloaded from the official court website at https://ecf.utd.uscourts.gov. A true and correct copy of the Memorandum Decision and Order is attached hereto as Exhibit C.

4. The complaint filed in *Asustek Computer, Inc. et al v. International Business Machines Corporation*, Case No. C-08-1168 MMC in United States District Court for the Northern District of California, downloaded from the official court website at https://ecf.cand.uscourts.gov. A true and correct copy of the complaint is attached hereto as Exhibit D.

5. The complaint filed in *In the Matter of Computer Products, Computer Components and Products Containing Same*, Inv. No. 337-TA-628, before the United States International Trade Commission, attached as Exhibit 1 to the complaint filed in *Asustek Computer, Inc. et al v. International Business Machines Corporation*, Case NO. C-08-1168 MMC in United States District Court for the Northern District of California. A true and correct copy of the complaint is attached hereto as Exhibit E.

6. IBM's Answer and Counterclaims filed in *Asustek Computer, Inc. et al v. International Business Machines Corporation*, Case NO. C-08-1168 MMC in United States District Court for the Northern District of California, downloaded from the official court website

at https://ecf.cand.uscourts.gov.  A true and correct copy of the Answer and Counterclaims is attached hereto as Exhibit F.

Judicial notice of the assignment record from the Patent and Trademark Office's website is proper under Federal Rule of Evidence 201(b)(2) because the website is a source that is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).  Courts may take judicial notice of information obtained from an official government website.  *Denius v. Dunlap*, 330 F.3d 919, 926-27 (7th Cir. 2003).

This Court may also take judicial notice of court pleadings filed in other federal district courts and court dockets from this jurisdiction and other federal jurisdictions, pursuant to Federal Rule of Evidence 201(b)(2).  *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980); *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).  This Court may further take judicial notice of a complaint filed in the International Trade Commission.  *See Competitive Technologies v. Fujitsu Ltd.*, 286 F. Supp. 2d 1118, 1123 (N.D. Cal. 2003).

DATED:  April 23, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By **s/Jeffrey N. Boozell**
Jeffrey N. Boozell
Attorneys for Defendant International Business Machines Corporation
E-Mail: jeffboozell@quinnemanuel.com