# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title
**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 4**
 **Patent #:** 6041346  **Issue Dt:** 03/21/2000  **Application #:** 08953029  **Filing Dt:** 10/17/1997
 **Inventors:** BEN W. CHEN, BO XIONG
   **Title:** METHOD AND SYSTEM FOR PROVIDING REMOTE STORAGE FOR AN INTERNET APPLIANCE

**Assignment: 1**
 **Reel/Frame:** 008865/0461  **Recorded:** 10/17/1997  **Pages:** 2
 **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
  **Assignors:** CHEN, BEN W.  **Exec Dt:** 10/13/1997
         XIONG, BO  **Exec Dt:** 10/13/1997
   **Assignee:** ATRONICS INTERNATIONAL, INC.
         44700-B INDUSTRIAL DRIVE
         FREMONT, CALIFORNIA 94538
 **Correspondent:** SAWYER & ASSOCIATES
         JOSEPH A. SAWYER, JR.
         620 HANSEN WAY
         SUITE A
         PALO ALTO, CALIFORNIA 94304

**Assignment: 2**
 **Reel/Frame:** 010592/0169  **Recorded:** 02/01/2000  **Pages:** 3
 **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
  **Assignor:** ATRONICS INTERNATIONAL INC.  **Exec Dt:** 01/20/2000
   **Assignee:** ATEON NETWORKS, INC.
         44700-B INDUSTRIAL DRIVE
         FREMONT, CALIFORNIA 94538
 **Correspondent:** SAWYER & ASSOCIATES
         JOSEPH A. SAWYER, JR.
         P.O. BOX 51418
         PALO ALTO, CALIFORNIA 94303

**Assignment: 3**
 **Reel/Frame:** 015942/0446  **Recorded:** 04/25/2005  **Pages:** 8
 **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
  **Assignor:** THE BANKRUPTCY ESTATE OF ATEONIX NETWORKS, INC.  **Exec Dt:** 12/13/2004
   **Assignee:** ASKEY COMPUTER CORPORATION
         10F, NO. 119, CHIENKANG RD.,
         CHUNG-HO, TAIPEI (ROC), TAIWAN
 **Correspondent:** NATU J. PATEL
         THE PATEL LAW FIRM, P.C
         2532 DUPONT DRIVE
         IRVINE, CA 92612

**Assignment: 4**
 **Reel/Frame:** 020733/0699  **Recorded:** 04/01/2008  **Pages:** 2

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** ASKEY COMPUTER CORPORATION  **Exec Dt:** 04/01/2008

**Assignee:** ASUSTEK COMPUTER INC.
5F., NO. 76, LIGONG STREET, BEITOU DISTRICT
TAIPEI 11261, TAIWAN 11261

**Correspondent:** JOHN P. SCHNURER
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

Search Results as of: 04/23/2008 10:09 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT