QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
E-Mail:        charlesverhoeven@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Jeffrey N. Boozell (Bar No. 199507)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213
Telephone: (650) 801-5000
Facsimile: (415) 801-5100
E-Mail:        robertstone@quinnemanuel.com
E-Mail:        jeffboozell@quinnemanuel.com

Attorneys for Defendant International Business Machines Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendant. | CASE NO. 08-CV-602-JM (WMc)<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>Civil Local Rule 40.2<br><br>Judge:　Hon. Jeffrey T. Miller<br>Date:　May 30, 2008<br>Time:　1:30 p.m.<br>Crtrm.:　16 |

　　　Pursuant to Civil Local Rule 40.2, the undersigned, counsel of record for International Business Machines Corporation ("IBM") certifies that as of this date, IBM has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

　　　By filing this Notice of Party with Financial Interest, IBM does not waive any defenses under Federal Rule of Civil Procedure 12(b).

| | |
|---|---|
| 1 | |
| 2  DATED: April 23, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 3 | |
| 4 | |
| 5 | By **s/Jeffrey N. Boozell**<br>Jeffrey N. Boozell<br>Attorneys for Defendant International Business Machines Corporation<br>E-Mail: jeffboozell@quinnemanuel.com |