QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
E-Mail: charlesverhoeven@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Jeffrey N. Boozell (Bar No. 199507)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213
Telephone: (650) 801-5000
Facsimile: (415) 801-5100
E-Mail: robertstone@quinnemanuel.com
E-Mail: jeffboozell@quinnemanuel.com

Attorneys for Defendant International Business Machines Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | CASE NO. 08-CV-602-JM (WMc) <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On **April 23, 2008**, I served true copies of the following document(s) described as:

Request for Judicial Notice in Support of Defendant's Motion for a More Definite Statement;

Defendant's Notice of Motion and Motion for a More Definite Statement;

Defendant's Memorandum of Points and Authorities in Support of Motion for a More Definite Statement;

Notice of Party with Financial Interest.

on the parties in this action as follows:

John P Schnurer
Fish and Richardson, PC
12390 El Camino Real
San Diego, CA 92130
Tel: 858-678-4706
FX: 858-678-5099
EMAIL: schnurer@fr.com

by:
**BY ECF:** By electronic mail transmission from the Court's CM/ECF system at ecf.casd.uscourts.gov on April 23, 2008, by transmitting a PDF format copy of such document(s) to each such person identified above, at the e-mail address listed above. The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 23, 2008**, at San Francisco, California.

_____
Susanne Globig