1  John P. Schnurer (CA SBN 185725)
schnurer@fr.com
2  Cheng (Jack) C. Ko, SBN 244630
ko@fr.com
3  Ryan P. O'Connor, SBN 253596
oconnor@fr.com
4  FISH & RICHARDSON P.C.
12390 El Camino Real
5  San Diego, California 92130
Telephone: (858) 678-5070
6  Facsimile:  (858) 678-5099

7  Attorneys for Plaintiff
ASUSTEK COMPUTER, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  ASUSTEK COMPUTER, INC., | Case No. 08-CV-602-JM (WMc) |
| 12              Plaintiff, | **JOINT MOTION FOR PLAINTIFF ASUSTEK COMPUTER, INC. TO FILE** |
| 13      v. | **FIRST AMENDED COMPLAINT** |
| 14  INTERNATIONAL BUSINESS MACHINES CORPORATION, | Judge:       Hon. Jeffery T. Miller<br>Courtroom:  16 |
| 15 | |
| 16            Defendant. | Complaint Filed: April 2, 2008 |

17      WHEREAS ASUSTeK Computer, Inc. ("ASUS") filed an action against International

18  Business Machines ("IBM") alleging infringement U.S. Patents Nos. 6,041,346 and 7,103,765

19  (collectively "the patents-in-suit") on April 2, 2008;

20      AND WHEREAS IBM filed an Motion for More Definite Statement on April 23, 2008;

21      AND WHEREAS the parties have met and conferred and resolved this issue without

22  further court involvement;

23      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

24  as follows:

25      (1)      ASUS may file an amended complaint to add exemplary accused products;

26      (2)      IBM withdraws its motion for more Definite Statement in light of ASUS's

27  amended complaint which addresses IBM's issues noted in its Motion; and

28

1    (3)    The parties stipulate that IBM shall have 20 days to provide a responsive pleading

2    to ASUS's First Amended Complaint.

3

4    DATED:    May 16, 2008        FISH & RICHARDSON P.C.

5                        By: _____

6                            John P. Schnurer

7                            Attorneys for Plaintiff ASUSTeK Computer,
                            Inc.
8

9    DATED:    May 16, 2008        QUINN EMANUEL URQUHART OLIVER &
                        HEDGES, LLP
10

11                        By: _____

12                            Jeffrey N. Boozell
                            Attorneys for Defendant
13                            International Business Machines Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-CV-602-JM (WMc)
JOINT MOTION FOR PLAINTIFF TO FILE
FIRST AMENDED COMPLAINT

1

## CERTIFICATE OF SERVICE

2

3        The undersigned hereby certifies that a true and correct copy of the above and foregoing

4   document has been served on May 16, 2008 to all counsel of record who are deemed to have

5   consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any

6   other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

7

8                                              s/ John P. Schnurer
                                               John P. Schnurer (CA SBN 185725)
9                                              schnurer@fr.com
                                               Attorneys for Plaintiff
10                                             ASUSTEK COMPUTER, INC.

11  Jt Stip.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-CV-0747 H (CAB)
JOINT MOTION FOR PLAINTIFF TO FILE
FIRST AMENDED COMPLAINT