1  John P. Schnurer, SBN 185725
   schnurer@fr.com
2  Cheng (Jack) C. Ko, SBN 244630
   ko@fr.com
3  Ryan P. O'Connor, SBN 253596
   oconnor@fr.com
4  Fish & Richardson P.C.
   12390 El Camino Real
5  San Diego, CA  92130
   Telephone:  (858) 678-5070
6  Facsimile:   (858) 678-5099

7  Attorney for Plaintiff
   ASUSTEK Computer, Inc.
8

9              UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11 | ASUSTEK COMPUTER, INC.,            | Case No. 08-CV-602-JM (WMc)
12 |              Plaintiff,            | **NOTICE OF PARTY WITH FINANCIAL INTEREST**
13 |        v.                          |
14 | INTERNATIONAL BUSINESS MACHINES CORPORATION, |
15 |                                    |
16 |              Defendant.            |

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

Pursuant to CivLR 40.2, the undersigned certifies that as of this date, there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, other than the parties themselves, known by ASUS to have a financial interest in the subject matter in controversy or in a party to the proceeding.

DATED:   May 16, 2008                    FISH & RICHARDSON P.C.

By: _____
John P. Schnurer
Cheng (Jack) C. Ko
Ryan P. O'Connor

Attorneys for Plaintiff,
ASUSTeK Computer, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 16, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

s/ John P. Schnurer
John P. Schnurer (CA SBN 185725)
schnurer@fr.com
Attorneys for Plaintiff
ASUSTEK COMPUTER, INC.