UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ASUSTEK COMPUTER, INC., | Case No. 08-CV-602-JM (WMc) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR PLAINTIFF ASUSTEK COMPUTER, INC. TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Judge:   Hon. Jeffery T. Miller<br>Courtroom:   16 |
| Defendant. | Complaint Filed: April 2, 2008 |

The Court, having considered the Joint Motion for Plaintiff ASUSTeK Computer, Inc. to File First Amended Complaint submitted by the parties, and finding good cause to support it, finds that the Joint Motion should be granted.

**IT IS HEREBY ORDERED THAT:**

(1) ASUS may file an Amended Complaint to add exemplary accused products;

(2) IBM's Motion for More Definite Statement is withdrawn and taken off calendar; and

(3) IBM shall have 20 days to provide a responsive pleading to ASUS's First Amended Complaint.

**IT IS SO ORDERED.**

DATED:   May 22, 2008

Hon. Jeffrey T. Miller
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28