**ORIGINAL**

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ASUSTEK COMPUTER, INC.
Plaintiff
vs
International Business Machines
CORPORATION
Defendant

International Business Machines
CORPORATION
Counterclaimant
vs
ASUSTEK COMPUTER, INC. and ASUS
COMPUTER INTERNATIONAL.
Counterclaim Defendants

FILED
08 JUN -6 PM 3:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:
DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. 08-cv0602-JM-WMC

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jeffrey N. Boozell, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3000 Tel no.

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
C. PLUMMANN

JUN 0 6 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S