1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Robert W. Stone (Bar No. 163513)
2    TJ Chiang (Bar No. 235165)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065
   Telephone: (650) 801-5000
4  Facsimile: (415) 801-5100
   E-Mail:     robertstone@quinnemanuel.com
5              tjchiang@quinnemanuel.com

6    Jeffrey N. Boozell (Bar No. 199507)
     Joseph M. Paunovich (Bar No. 228222)
7  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
8  Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
9  E-Mail:      jeffboozell@quinnemanuel.com
                joepaunovich@quinnemanuel.com
10
   Attorneys for Defendant and Counterclaimant
11 International Business Machines Corporation.

12                UNITED STATES DISTRICT COURT

13                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  ASUSTEK COMPUTER, INC. | CASE NO. 08cv602-JM-WMC |
| 15        Plaintiff, | **RETURN OF SERVICE** |
| 16     vs. | |
| 17  INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| 18        Defendant. | |
| 19  INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| 20 | |
| 21        Counterclaimant, | |
| 22     vs. | |
| 23  ASUSTEK COMPUTER, INC.. | |
| 24        Counterclaim Defendant. | |

Case No. 08cv602-JM-WMC
PROOF OF SERVICE OF SUMMONS

| Attorney or Party without Attorney: QUINN EMANUEL URQUHART OLIVER & HEDGES 555 TWIN DOLPHIN DRIVE, STE 560 REDWOOD CITY, CA 94065 Telephone No: 650-801-5000    FAX No: 650-801-5100 | For Court Use Only |
|---|---|
| Attorney for: Defendant | Ref. No. or File No.: 51384 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: ASUSTEK COMPUTER, INC.
Defendant: INTERNATIONAL BUSINESS MACHINES CORPORATION

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: 08-CV0602-JM-WMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; DEFENDANT AND COUNTERCLAIMANT IBM'S ANSWER AND DEFENSES TO COMPLAINT AND COUNTERCLAIMS

3. a. Party served: ASUS COMPUTER INTERNATIONAL c/o JOHN P. SCHNURER, COUNSEL FOR SUBJECT @ FISH & RICHARDSON
   b. Person served: VICKI BIERNECKE, SECRETARY TO JOHN P. SCHNURER

4. Address where the party was served: 12390 EL CAMINO REAL, SAN DIEGO, CA 92130

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 16, 2008 (2) at: 2:08PM

7. Person Who Served Papers:
   a. TOM REINHARDT



1541 Bayshore Hwy.
Burlingame, CA 94010-1602
(650) 697-9431
GENERAL@AALEGALSERVICE.COM
Fax (650) 697-4640

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was:
e. I am: Exempt from registration under B&B 22350(b)

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Jun. 17, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(TOM REINHARDT)

6204500.46470