QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
  TJ Chiang (Bar No. 235165)
  tjchiang@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Jeffrey N. Boozell (Bar No. 199507)
  jeffboozell@quinnemanuel.com
  Joseph M. Paunovich (Bar No. 228222)
  joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Defendant and Counterclaimant
International Business Machines Corporation.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC.<br><br>            Plaintiff,<br><br>      vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>            Defendant,<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>            Counterclaimant,<br><br>      vs.<br><br>ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL.<br><br>            Counterclaim Defendants. | CASE NO. 08cv0602-JM-WMC<br><br>NOTICE OF APPEARANCE BY ROBERT W. STONE |

PLEASE TAKE NOTICE that attorney Robert William Stone from the firm of Quinn

Emanuel Urquhart Oliver & Hedges, LLP, a member of the State Bar of California and admitted to

practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendant and Counterclaimant in the above-titled case.

        Robert W. Stone
        Quinn Emanuel Urquhart Oliver & Hedges, LLP
        555 Twin Dolphin Drive, Suite 560
        Redwood Shores, California 94065
        Tel: (650) 801-5000
        Fax: (650) 801-5100
        E-mail: robertstone@quinnemanuel.com

DATED:  July 8, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                    By **s/Robert W. Stone**
                                         Robert W. Stone
                                         Attorneys for Defendant International Business Machines Corporation
                                         E-Mail: robertstone@quinnemanuel.com