QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
  Brian C. Cannon (Bar No. 193071)
  briancannon@quinnemanuel.com
  Thomas R. Watson (Bar No. 227264)
  tomwatson@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Jeffrey N. Boozell (Bar No. 199507)
  jeffboozell@quinnemanuel.com
  Joseph M. Paunovich (Bar No. 228222)
  joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant and Counterclaimant
International Business Machines Corporation.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC.<br><br>       Plaintiff,<br><br>   vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>       Defendant, | CASE NO. 08-cv-00602-JM-WMC<br><br>NOTICE OF APPEARANCE BY THOMAS R. WATSON |
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>       Counterclaimant,<br><br>   vs.<br><br>ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL.<br><br>       Counterclaim Defendants. | |

   PLEASE TAKE NOTICE that attorney Thomas R. Watson from the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, a member of the State Bar of California and admitted to

51384/2567211.1

Case No. 08-CV-602-JM (WMc)
NOTICE OF APPEARANCE

practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendant and Counterclaimant in the above-titled case.

> Thomas R. Watson
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 555 Twin Dolphin Drive, Suite 560
> Redwood Shores, California 94065
> Tel: (650) 801-5000
> Fax: (650) 801-5100
> E-mail: tomwatson@quinnemanuel.com

DATED: July 11, 2008              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By s/Thomas R. Watson
Thomas R. Watson
Attorneys for Defendant International Business Machines Corporation
E-Mail: tomwatson@quinnemanuel.com