1  John P. Schnurer, SBN 185725, schnurer@fr.com
   Cheng Chieh (Jack) Ko, SBN 244630, ko@fr.com
2  Ryan P. O'Connor, SBN 244630, oconnor@fr.com
   Fish & Richardson P.C.
3  12390 El Camino Real
   San Diego, CA 92130
4  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
5
   Attorneys for Plaintiff, Counterclaim-Defendant and Counterclaim-Plaintiff
6  ASUSTeK Computer, Inc.

7  Attorneys for Counterclaim-Defendant and Counterclaim-Plaintiff
   ASUS Computer International
8

9                          UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  ASUSTEK COMPUTER, INC., | Case No. 08-CV-602-JM (WMc) |
| 12             Plaintiff, | **NOTICE OF APPEARANCE** |
| 13       v. | |
| 14  INTERNATIONAL BUSINESS MACHINES CORPORATION, | Judge:     Hon. Jeffery T. Miller<br>Courtroom:  16 |
| 15             Defendant. | |
| 16  INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| 17 | |
| 18             Counterclaimant, | |
| 19       v. | |
| 20  ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL, | |
| 21 | |
| 22             Counterclaim Defendants. | |
| 23  ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL, | |
| 24             Counterclaim Plaintiffs, | |
| 25       v. | |
| 26  INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| 27             Counterclaim Defendant. | |
| 28 | |

Case No. 08-CV-602-JM (WMc)

1 **TO THE COURT AND THE ATTORNEYS OF RECORD:**

2     This Notice of Appearance is filed on behalf of Desa L. Burton, an attorney of record in

3 the above-caption action for Plaintiffs, ASUSTeK Computer Inc.

5 DATED:     July 16, 2008      FISH & RICHARDSON P.C.

7      By:  /s/ Desa L. Burton
8            Desa L. Burton (CA SBN 232292)
           burton@fr.com

9            Attorneys for Plaintiff,
           ASUSTeK Computer, Inc.

1

Case No. 08-CV-602-JM (WMc)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 16, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ Desa L. Burton
Desa L. Burton (CA SBN 232292)
burton@fr.com

Attorneys for Plaintiff,
ASUSTeK Computer, Inc.

10848819.doc

2

Case No. 07-CV-0747 H (CAB)