1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Robert W. Stone (Bar No. 163513)
2  robertstone@quinnemanuel.com
   Brian C. Cannon (Bar No. 193071)
3  briancannon@quinnemanuel.com
   Thomas R. Watson (Bar No. 227264)
4  tomwatson@quinnemanuel.com
5  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100

7  Jeffrey N. Boozell (Bar No. 199507)
   jeffboozell@quinnemanuel.com
8  Joseph M. Paunovich (Bar No. 228222)
   joepaunovich@quinnemanuel.com
9  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
10 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
11
   Attorneys for Defendant and Counterclaimant
12 International Business Machines Corporation.

13                    UNITED STATES DISTRICT COURT

14                   SOUTHERN DISTRICT OF CALIFORNIA

15 | ASUSTEK COMPUTER, INC. | CASE NO. 08-cv-00602-JM-WMC |
|---|---|
16 | Plaintiff, | |
17 | vs. | NOTICE OF APPEARANCE BY BRIAN C. CANNON |
18 | INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
19 | Defendant, | |
20 | INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
22 | Counterclaimant, | |
23 | vs. | |
24 | ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL. | |
25 | Counterclaim Defendants. | |

51384/2567218.1

Case No. 08-CV-602-JM (WMc)
NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Brian C. Cannon from the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, a member of the State Bar of California and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendant and Counterclaimant in the above-titled case.

> Brian C. Cannon
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 555 Twin Dolphin Drive, Suite 560
> Redwood Shores, California 94065
> Tel: (650) 801-5000
> Fax: (650) 801-5100
> E-mail: briancannon@quinnemanuel.com

DATED: July 17, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Brian C. Cannon
Brian C. Cannon
Attorneys for Defendant International Business Machines Corporation
E-Mail: briancannon@quinnemanuel.com