QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
  Brian Cannon (Bar No. 193071)
  briancannon@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (415) 801-5100

  Jeffrey N. Boozell (Bar No. 199507)
  jeffboozell@quinnemanuel.com
  Joseph M. Paunovich (Bar No. 228222)
  joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant and Counterclaimant
International Business Machines Corporation.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC. | CASE NO. 08-CV-602-JM (WMc) |
| Plaintiff, | DEFENDANT AND COUNTERCLAIMANT IBM'S REPLY TO COUNTERCLAIMS |
| vs. | DEMAND FOR JURY TRIAL |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Defendant, | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Counterclaimant | |
| vs. | |
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL, | |
| Counterclaim Defendants, | |

AND RELATED COUNTERCLAIMS.

## IBM'S REPLY TO COUNTERCLAIMS

Defendant and Counterclaim Plaintiff International Business Machines Corporation ("IBM"), hereby replies to the Counterclaims of Plaintiff/Counterclaim Defendant/Counterclaim Plaintiff ASUSTeK Computer, Inc. and Counterclaim Defendant/Counterclaim Plaintiff ASUS Computer International (collectively "ASUS") as follows:

### Parties

1. Admitted.
2. Admitted.
3. Admitted.

### Jurisdiction and Venue

4. Admitted.
5. IBM admits that venue is proper in this district but denies the remaining allegations of paragraph 5 of ASUS's Counterclaims.

### First Counterclaim for Relief

6. The replies to paragraphs 1-5 are incorporated herein by reference. IBM further denies the allegations of ASUS's Affirmative Defenses.
7. IBM admits that an actual and justiciable controversy exists between ASUS and IBM regarding the patents at issue, but denies the remaining allegations of paragraph 7 of ASUS's Counterclaims.
8. Denied.

### Second Counterclaim for Relief

9. The replies to paragraphs 1-5 are incorporated herein by reference. IBM further denies the allegations of ASUS's Affirmative Defenses.
10. IBM admits that an actual and justiciable controversy exists between ASUS and IBM regarding the patents at issue, but denies the remaining allegations of paragraph 10 of ASUS's Counterclaims.
11. Denied.

51384/2565528.1

-2-                                     Case No. 08-CV-602-JM (WMc)
                                        IBM'S REPLY TO COUNTERCLAIMS

**Prayer**

IBM denies that ASUS is entitled to any relief.

DATED: July 23, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _/s/ Jeffrey N. Boozell_
Jeffrey N. Boozell
Attorneys for Defendant International Business Machines Corporation

**DEMAND FOR JURY TRIAL**

In accordance with Federal Rule of Civil Procedure 38(b), Defendant and Counterclaimant IBM demands a trial by jury on all issues triable by a jury.

DATED: July 23, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _/s/ Jeffrey N. Boozell_
Jeffrey N. Boozell
Attorneys for Defendant International Business Machines Corporation