**FILED**

**JUL 28 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

ASUSTEK COMPUTER, INC.                )
                                      )
                Plaintiff             )
                                      )       Case No. 08-cv-00602-JM-WMC
                                      )
            vs                        )
                                      )       **PRO HAC VICE APPLICATION**
INTERNATIONAL BUSINESS                )
MACHINES CORPORATION                  )       International Business Machines
                Defendant             )       Party Represented
_____  )

I, __Richard Erwine_____ hereby petition the above entitled court to permit me
   (Applicant)
to appear and participate in this case and in support of petition state:

My firm name:      Quinn Emanuel Urquhart Oliver & Hedges, LLP
Street address:    51 Madison Avenue, 22nd Floor
City, State, ZIP:  New York, New York 10010
Phone number:      212 849 7000

That on __1996_____ I was admitted to practice before Southern District of New York
        (Date)                                               (Name of Court)
and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac
vice application to this court.

                    **(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application_____

Application      ☐ granted      ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

                                        _____
                                        (Signature of Applicant)

### DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

__Robert W. Stone_____         ___(650)801-5001_____
(Name)                             (Telephone)
__Quinn Emanuel Urquhart Oliver & Hedges LLP_____
(Firm)
__555 Twin Dolphin Dr., Suite 560, Redwood Shores, CA 94065
(Street)                    (City)                    (Zip code)

                    _____
                    Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

**RECEIVED**

JUL 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TAC 153203 4190 DEPUTY

Date 7/25/08

It is so Ordered

_____

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**    (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**    $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

    W. Samuel Hamrick, Jr., Clerk
    United States District Court
    Southern District of California
    880 Front Street Suite 4290
    San Diego, California 92101-8900

8/7/07

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Robert W. Stone (Bar No. 163513)
2   robertstone@quinnemanuel.com
    Brian Cannon (Bar No. 193071)
3   briancannon@quinnemanuel.com
    Thomas R. Watson (Bar No. 227264)
4   tomwatson@quinnemanuel.com
    555 Twin Dolphin Drive, Suite 560
5   Redwood Shores, California  94065
    Telephone:  (650) 801-5000
6   Facsimile:  (650) 801-5100

7   Jeffrey N. Boozell (Bar No. 199507)
    jeffboozell@quinnemanuel.com
8   Joseph M. Paunovich (Bar No. 228222)
    joepaunovich@quinnemanuel.com
9   865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017
10  Telephone:    (213) 443-3000
    Facsimile:    (213) 443-3100

11

12  Attorneys for Defendant and Counterclaimant
    International Business Machines Corporation

13

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16  ASUSTEK COMPUTER, INC.,           CASE NO. 08-cv-00602-JM-WMC

17              Plaintiff,
                                      CERTIFICATE OF SERVICE
18       vs.

19  INTERNATIONAL BUSINESS MACHINES
    CORPORATION,
20
                Defendant.
21

22  INTERNATIONAL BUSINESS MACHINES
    CORPORATION,
23
                Counterclaimants,
24
         vs.
25
    ASUSTEK COMPUTER, INC. and ASUS
26  COMPUTER INTERNATIONAL,

27              Counterdefendants.

28

51384/2576454.1

1

## PROOF OF SERVICE

2       I am employed in the County of San Mateo, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin

3   Drive, Suite 560, Redwood Shores, California 94065-2139.

4       On July 18, 2008, I served true copies of the following document(s) described as **PRO HAC VICE APPLICATION FOR RICHARD ERWINE** on the parties in this action as

5   follows:

6   John P. Schnurer                    Desa L. Burton
    Fish & Richardson P.C.           Fish & Richardson P.C.

7   12390 El Camino Real            12390 El Camino Real
    San Diego, CA  92130           San Diego, CA  92130

8   Phone:  (858) 678-4706         Phone:  (858) 678-5070
    Fax:  (858) 678-5099            Fax:  (858) 678-5099

9   Email:  schnurer@fr.com       Email:  burton@fr.com

10   **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California.  The envelope was mailed

11   with postage thereon fully prepaid.

12       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

13

14       Executed on July 18, 2008, at Redwood Shores, California.

15

16   _Robin Pereira_
    Robin Pereira

17

18

19

20

21

22

23

24

25

26

27

28