QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
  Brian Cannon (Bar No. 193071)
  briancannon@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065
Telephone:  (650) 801-5000
Facsimile:  (415) 801-5100

  Jeffrey N. Boozell (Bar No. 199507)
  jeffboozell@quinnemanuel.com
  Joseph M. Paunovich (Bar No. 228222)
  joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant and Counterclaimant
International Business Machines Corporation.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC. | CASE NO. 08-CV-602-JM (WMc) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Defendant, | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Counterclaimant | |
| vs. | |
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL, | |
| Counterclaim Defendants, | |

AND RELATED COUNTERCLAIMS.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the document entitled **DEFENDANT AND COUNTERCLAIMANT IBM'S REPLY TO COUNTERCLAIMS** was filed electronically in compliance with Civil Local Rule 5.4 on July 23, 2008.  As such, the document has been served on all counsel for ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL who have consented to electronic service pursuant to Civil Local Rule 5.4 via the Court's ECF System.

DATED: July 28, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  */s/ Jeffrey N. Boozell*
Jeffrey N. Boozell
Attorneys for Defendant International Business Machines Corporation

51384/2585226.1

-2-         Case No. 08-CV-602-JM (WMc)
CERTIFICATE OF SERVICE