1  John P. Schnurer, SBN 185725, schnurer@fr.com
   Fish & Richardson P.C.
2  12390 El Camino Real
   San Diego, CA 92130
3  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
4
   Attorneys for Plaintiff,
5  ASUSTeK Computer, Inc.

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 | ASUSTEK COMPUTER, INC.,           | Case No. 08-CV-602-JM (WMc)
11 |            Plaintiff,             | **RETURN OF SERVICE**
12 |     v.                            |
13 | INTERNATIONAL BUSINESS MACHINES   |
   | CORPORATION,                      |
14 |                                   |
   |            Defendant.             |
15 |_____|
   | INTERNATIONAL BUSINESS MACHINES   |
16 | CORPORATION,                      |
17 |            Counterclaimant,       |
18 |     v.                            |
19 | ASUSTEK COMPUTER, INC. and ASUS   |
   | COMPUTER INTERNATIONAL,           |
20 |                                   |
   |            Counterclaim Defendants.|
21

22

23

24

25

26

27

28

Case No. 08-CV-602-JM (WMc)
PROOF OF SERVICE OF SUMMONS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| FISH & RICHARDSON, P.C.<br>JOHN P. SCHNURER, SB#<br>12390 EL CAMINO REAL<br>SAN DIEGO, CA 92130 | (858) 678-5070 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>VICKIE/23706-003LL1 | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF:
ASUSTEK COMPUTER, INC.

DEFENDANT:
INTERNATIONAL BUSINESS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08 CV 602 JM WMC |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS AND COMPLAINT FOR PATENT INFRINGEMENT

ON: INTERNATIONAL BUSINESS MACHINES CORPORATION

AT 1209 ORANGE STREET
WILMINGTON, DE 19801

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
SCOTT LISCALA, - AGENT FOR SERVICE OF PROCESS

ON: 04/07/2008
AT: 10:45 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $87.50
  Registered California process server.
  County:
  Registration No.:
  Diversified Legal Services, Inc.
  4665 Park Blvd
  San Diego, CA 92116
  6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 10, 2008 at _____ California.

Signature: _____
BARRY EVELAND 142331

## PROOF OF SERVICE

Order#: 142331/GProof39