# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC.,<br><br>                                 Plaintiff,<br>  vs.<br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                                Defendant. | CASE NO. 08CV602-JM (WMc)<br><br>ORDER FOR COMPLIANCE WITH PATENT L.R. 2.1 |

After a review of the status of the case and conferring with District Judge Miller, the Court issues the following Order:

     1. On or before **August 15, 2008**, the parties shall meet and confer pursuant to Fed.R.Civ. P. 26(f) as contemplated in Patent L.R. 2.1(a).

     2. On **August 22, 2008, at 4:30 p.m.** a telephonic Initial Case Management/Status Conference will be held . After a meaningful meet and confer and in preparation for the Initial Case Management/Status Conference the parties shall submit a proposed joint discovery plan, including a proposed date for the claim construction hearing. (An estimate regarding the length of the claim construction hearing should also be included.) These items must be received by the Court on or before August 21, 2008.

\\
\\

3.  **Counsel for plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.**

IT IS SO ORDERED.

DATED:  August 6, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court