# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER INC.,<br><br>                           Plaintiff,<br>vs.<br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>                           Defendant. | CASE NO. 08cv602-JM(WMc)<br><br>ORDER CORRECTING CLAIM CONSTRUCTION HEARING DATE |
| INTERNATIONAL BUSINESS MACHINES, CORP.,<br><br>                           Counterclaimant,<br>vs.<br>AUSTEK COMPUTER INC.AND ASUS COMPUTER INTERNATIONAL ,<br><br>                           Counterclaim  Defendants. | |
| ASUSTEK COMPUTER INC. and ASUS, COMPUTER INTERNATIONAL<br><br>                           Counterclaim Plaintiff,<br>vs.<br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>                           Counterclaim Defendant. | |

\\

1    On September 10, 2008, the Court issued an order regulating discovery and setting certain pretrial dates. [Docket 28.] Paragraph 14 reads: The Claim Construction Hearing will be held before **Judge Miller** on **April 9, 2009, at 9:00 a.m.** The order is **amended** to read: The Claim Construction Hearing will be held before Judge Miller on **April 23, 2009, at 9:00 a.m.** All other orders remain in full force and effect unless otherwise ordered by the court.

IT IS SO ORDERED.

DATED: September 10, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court